# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Benitez, Roger T**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  Roger T Benitez [electronically signed on 06/11/2019 by  Roger T Benitez in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.

General Comments:

| COMMENT |
| --- |
| Scottrade merged or was purchased by TD Ameritrade. |

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
| --- | --- | --- | --- |
| 1 | Thomas Jefferson School of Law | University/College | Board of Trustees-Corporate Secretary |
| 2 | Association of Business Trial Lawyers of San Diego | Lawyer Education | Board of Trustees |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1 | California State Teachers Retirement | |

# IV. Reimbursements

None

# V. Gifts

None

---

## VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | Quicken Home Loans | Mortgage on rental property | $100,001 - $250,000 |
| 2 | Bank of America | Revolving Credit card | $1 - $15,000 |

## VII. Investments and Trusts

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|-------------|---------------|-------------|-------------------------|--------------|-------------|-------------|--------------|
| Parcel 4 Salton City, Ca | | None | $1 - $15,000 | Estimated | | | |
| Parcel 5 San Diego, CA | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| Note (X)- Steve and Anna Seibert | $15,001 - $50,000 | Interest | $100,001 - $250,000 | Cash Market | | | |
| Northern Life Annuity/ING now VOYA TSA group1 | $1,001 - $2,500 | Interest | $50,001 - $100,000 | Cash Market | | | |
| Ameritrade Account #1 | | | | | | | |
| Sweep Account - TD Bank | $1,001 - $2,500 | Interest | $100,001 - $250,000 | Cash Market | | | |
| Annaly Capital- NLY | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Annaly Capital- NLY | | | | | Sold | 01/16/2018 | $15,000 or less |
| Annaly Capital- NLY | | | | | Purchased | 07/12/2018 | $15,000 or less |
| Annaly Capital- NLY | | | | | Purchased | 07/10/2018 | $15,000 or less |
| Annaly Capital- NLY | | | | | Purchased | 08/23/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Annaly Capital- NLY | | | | | Purchased | 08/24/2018 | $15,000 or less |
| Annaly Capital- NLY | | | | | Purchased | 12/03/2018 | $15,000 or less |
| Annaly Capital- NLY | | | | | Purchased | 12/06/2018 | $15,000 or less |
| Annaly Capital- NLY | | | | | Purchased | 10/25/2018 | $15,000 or less |
| Apple Common Stock- AAPL | $1,000 or less | Dividend | None | Cash Market | | | |
| Apple Common Stock- AAPL | | | | | Purchased | 01/19/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Sold | 01/25/2018 | $50,001 - $100,000 |
| Apple Common Stock- AAPL | | | | | Purchased | 02/06/2018 | $15,000 or less |
| Apple Common Stock- AAPL | | | | | Purchased | 09/19/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Sold | 11/30/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Purchased | 11/28/2018 | $15,000 or less |
| Apple Common Stock- AAPL | | | | | Sold | 09/28/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Purchased | 10/12/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Sold | 05/31/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Purchased | 08/23/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Purchased | 08/24/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Apple Common Stock- AAPL | | | | | Purchased | 09/05/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Purchased | 09/10/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Sold | 09/28/2018 | $50,001 - $100,000 |
| Apple Common Stock- AAPL | | | | | Purchased | 10/12/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Purchased | 10/25/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Sold | 11/15/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Sold | 11/19/2018 | $15,001 - $50,000 |
| Apple Common Stock- AAPL | | | | | Sold | 11/30/2018 | $15,001 - $50,000 |
| CVS Health Corporation common stock CVS | $1,000 or less | Dividend | None | Cash Market | | | |
| CVS Health Corporation common stock CVS | | | | | Sold | 04/05/2018 | $15,000 or less |
| Qwest Corp Preferential Rate- preferred stock-cty | $1,000 or less | Interest, Gain | None | Cash Market | | | |
| Qwest Corp Preferential Rate- preferred stock-cty | | | | | Sold | 08/24/2018 | $15,000 or less |
| Facebook Inc. CLA common stock FB | $1,000 or less | Dividend | None | Cash Market | | | |
| Facebook Inc. CLA common stock FB | | | | | Purchased | 07/30/2018 | $15,001 - $50,000 |
| Facebook Inc. CLA common stock FB | | | | | Purchased | 08/03/2018 | $15,001 - $50,000 |
| Facebook Inc. CLA common stock FB | | | | | Purchased | 08/08/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Facebook Inc. CLA common stock FB | | | | | Sold | 08/20/2018 | $50,001 - $100,000 |
| Wal mart Inc. common stock WMT | $1,000 or less | Dividend | None | Cash Market | | | |
| Wal mart Inc. common stock WMT | | | | | Sold | 03/01/2018 | $15,000 or less |
| International Business Machines common stock IBM | $1,000 or less | Dividend, Gain | None | Cash Market | | | |
| International Business Machines common stock IBM | | | | | Sold | 01/19/2018 | $50,001 - $100,000 |
| Qualcom Inc. common stock QCOM | $1,000 or less | Dividend | None | Cash Market | | | |
| Qualcom Inc. common stock QCOM | | | | | Purchased | 02/20/2018 | $15,001 - $50,000 |
| Qualcom Inc. common stock QCOM | | | | | Purchased | 04/12/2018 | $15,000 or less |
| Qualcom Inc. common stock QCOM | | | | | Purchased | 04/04/2018 | $15,000 or less |
| Qualcom Inc. common stock QCOM | | | | | Purchased | 03/27/2018 | $15,000 or less |
| Qualcom Inc. common stock QCOM | | | | | Sold | 04/16/2018 | $15,001 - $50,000 |
| Bank of America- common BAC | $1,000 or less | Dividend, Gain | None | Cash Market | | | |
| Bank of America- common BAC | | | | | Purchased | 01/02/2018 | $15,000 or less |
| Bank of America- common BAC | | | | | Purchased | 01/24/2018 | $15,000 or less |
| Bank of America- common BAC | | | | | Purchased | 02/06/2018 | $15,001 - $50,000 |
| Bank of America- common BAC | | | | | Sold | 02/05/2015 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Bank of America- common BAC | | | | | Purchased | 01/31/2018 | $15,000 or less |
| Bank of America- common BAC | | | | | Purchased | 03/27/2018 | $15,000 or less |
| Bank of America- common BAC | | | | | Purchased | 03/23/2018 | $15,000 or less |
| Bank of America- common BAC | | | | | Sold | 04/13/2018 | $15,001 - $50,000 |
| Bank of America- common BAC | | | | | Purchased | 04/04/2018 | $15,000 or less |
| Alibaba Group Holding LTD- common-BABA | None | None | $100,001 - $250,000 | Cash Market | | | |
| Alibaba Group Holding LTD- common-BABA | | | | | Purchased | 01/24/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD- common-BABA | | | | | Purchased | 01/29/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD- common-BABA | | | | | Sold | 03/26/2018 | $50,001 - $100,000 |
| Alibaba Group Holding LTD- common-BABA | | | | | Sold | 05/07/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD- common-BABA | | | | | Purchased | 04/26/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD- common-BABA | | | | | Purchased | 06/07/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD- common-BABA | | | | | Purchased | 06/08/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD- common-BABA | | | | | Sold | 06/14/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD- common-BABA | | | | | Purchased | 06/21/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD- common-BABA | | | | | Purchased | 06/26/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 07/09/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 07/13/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Sold | 07/25/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 08/03/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Sold | 08/08/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Sold | 08/16/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Sold | 08/17/2018 | $50,001 - $100,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 08/30/2018 | $50,001 - $100,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 09/04/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 09/11/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 09/19/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Sold | 10/25/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 11/28/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 12/03/2018 | $15,001 - $50,000 |
| Alibaba Group Holding LTD-common-BABA | | | | | Purchased | 12/06/2018 | $15,001 - $50,000 |
| Dixerion Mining-common stock NUGT | $1,000 or less | Gain | None | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Dixerion Mining-common stock NUGT | | | | | Purchased | 01/04/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Sold | 01/18/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Purchased | 01/19/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Sold | 01/25/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Purchased | 02/06/2018 | $15,001 - $50,000 |
| Dixerion Mining-common stock NUGT | | | | | Sold | 04/12/2018 | $15,001 - $50,000 |
| Dixerion Mining-common stock NUGT | | | | | Purchased | 05/16/2018 | $15,001 - $50,000 |
| Dixerion Mining-common stock NUGT | | | | | Sold | 06/14/2018 | $15,001 - $50,000 |
| Dixerion Mining-common stock NUGT | | | | | Purchased | 07/12/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Sold | 07/25/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Purchased | 08/21/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Purchased | 08/22/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Purchased | 08/24/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Purchased | 09/10/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Sold | 11/06/2018 | $15,000 or less |
| Dixerion Mining-common stock NUGT | | | | | Sold | 11/07/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Dixerion Mining-common stock NUGT | | | | | Sold | 11/21/2018 | $15,000 or less |
| General Electric Company common stock GE | $1,000 or less | Dividend | None | Cash Market | | | |
| General Electric Company common stock GE | | | | | Purchased | 01/31/2018 | $15,000 or less |
| General Electric Company common stock GE | | | | | Purchased | 02/06/2018 | $15,000 or less |
| General Electric Company common stock GE | | | | | Sold | 03/27/2018 | $15,000 or less |
| Micron Technology common stock MU | None | None | $15,000 or less | Cash Market | | | |
| Micron Technology common stock MU | | | | | Purchased | 04/11/2018 | $15,000 or less |
| Micron Technology common stock MU | | | | | Purchased | 04/13/2018 | $15,000 or less |
| Micron Technology common stock MU | | | | | Sold | 04/16/2018 | $15,001 - $50,000 |
| Micron Technology common stock MU | | | | | Purchased | 04/26/2018 | $15,001 - $50,000 |
| Micron Technology common stock MU | | | | | Sold | 05/09/2018 | $15,001 - $50,000 |
| Micron Technology common stock MU | | | | | Purchased | 06/21/2018 | $15,001 - $50,000 |
| Micron Technology common stock MU | | | | | Purchased | 06/25/2018 | $15,000 or less |
| Micron Technology common stock MU | | | | | Sold | 08/03/2018 | $15,000 or less |
| Micron Technology common stock MU | | | | | Sold | 08/10/2018 | $15,000 or less |
| Chevron Corporation common stock CVX | $1,000 or less | Dividend | None | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Chevron Corporation common stock CVX | | | | | Purchased | 01/12/2018 | $15,000 or less |
| Chevron Corporation common stock CVX | | | | | Sold | 04/27/2018 | None |
| Marathon Oil Corp | $1,000 or less | Gain | None | Cash Market | | | |
| Marathon Oil Corp | | | | | Purchased | 04/12/2018 | $15,001 - $50,000 |
| Marathon Oil Corp | | | | | Sold | 04/16/2018 | $15,001 - $50,000 |
| Marathon Oil Corp | | | | | Purchased | 05/07/2018 | $15,001 - $50,000 |
| Marathon Oil Corp | | | | | Sold | 05/07/2018 | $15,001 - $50,000 |
| Regions Financial Corp | $1,000 or less | Gain | $15,000 or less | Cash Market | | | |
| Regions Financial Corp | | | | | Purchased | 04/16/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 04/17/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 04/18/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 04/19/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 04/26/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 04/27/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 04/07/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 05/29/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 05/31/2018 | None |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Regions Financial Corp | | | | | Sold | 06/06/2018 | $15,001 - $50,000 |
| Regions Financial Corp | | | | | Purchased | 06/08/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 06/14/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 07/10/2018 | $15,001 - $50,000 |
| Regions Financial Corp | | | | | Purchased | 10/25/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Sold | 10/31/2018 | $15,000 or less |
| Brookfield Infastructure Partners | $1,000 or less | Gain | None | Cash Market | | | |
| Brookfield Infastructure Partners | | | | | Purchased | 06/04/2018 | $15,001 - $50,000 |
| Brookfield Infastructure Partners | | | | | Sold | 06/15/2018 | $15,001 - $50,000 |
| Brookfield Infastructure Partners | | | | | Purchased | 07/10/2018 | $15,000 or less |
| Brookfield Infastructure Partners | | | | | Sold | 08/14/2018 | $15,000 or less |
| Vascular Biogenics Ltd. - Ordinary Shares | None | None | None | Cash Market | | | |
| Vascular Biogenics Ltd. - Ordinary Shares | | | | | Purchased | 01/02/2018 | $15,000 or less |
| Vascular Biogenics Ltd. - Ordinary Shares | | | | | Sold | 01/18/2018 | $15,000 or less |
| The AES Corp | $1,000 or less | Dividend | None | Cash Market | | | |
| The AES Corp | | | | | Purchased | 01/26/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| The AES Corp | | | | | Purchased | 01/31/2018 | $15,000 or less |
| The AES Corp | | | | | Sold | 03/26/2018 | $15,000 or less |
| Ford Motor Co | None | None | None | Cash Market | | | |
| Ford Motor Co | | | | | Purchased | 01/26/2018 | $15,000 or less |
| Ford Motor Co | | | | | Purchased | 01/29/2018 | $15,000 or less |
| Ford Motor Co | | | | | Purchased | 01/31/2018 | $15,000 or less |
| Ford Motor Co | | | | | Sold | 12/23/2018 | $15,000 or less |
| PPL Corp | $1,000 or less | Dividend, Gain | None | Cash Market | | | |
| PPL Corp | | | | | Purchased | 04/03/2018 | $15,000 or less |
| PPL Corp | | | | | Purchased | 05/16/2018 | $15,000 or less |
| PPL Corp | | | | | Sold | 06/22/2018 | $15,001 - $50,000 |
| Chesapeake Energy Corp | None | None | None | Cash Market | | | |
| Chesapeake Energy Corp | | | | | Purchased | 01/29/2018 | $15,000 or less |
| Chesapeake Energy Corp | | | | | Sold | 03/26/2018 | $15,000 or less |
| Goldcorp Inc | None | None | None | Cash Market | | | |
| Goldcorp Inc | | | | | Purchased | 04/04/2018 | $15,000 or less |
| Goldcorp Inc | | | | | Sold | 04/27/2018 | $15,000 or less |
| Intel Corp | $1,000 or less | Gain | None | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Intel Corp | | | | | Purchased | 04/11/2018 | $15,000 or less |
| Intel Corp | | | | | Sold | 04/17/2018 | $15,000 or less |
| Under Armour | $1,000 or less | Gain | None | Cash Market | | | |
| Under Armour | | | | | Purchased | 04/11/2018 | $15,000 or less |
| Under Armour | | | | | Sold | 04/26/2018 | $15,000 or less |
| Bristol-Myers Squibb | $1,000 or less | Gain | None | Cash Market | | | |
| Bristol-Myers Squibb | | | | | Purchased | 04/18/2018 | $15,001 - $50,000 |
| Bristol-Myers Squibb | | | | | Sold | 06/14/2018 | $15,001 - $50,000 |
| Nuance Communications, Inc. - Common Stock | None | None | None | Cash Market | | | |
| Nuance Communications, Inc. - Common Stock | | | | | Purchased | 04/27/2018 | $15,000 or less |
| Nuance Communications, Inc. - Common Stock | | | | | Purchased | 05/07/2018 | $15,000 or less |
| Nuance Communications, Inc. - Common Stock | | | | | Sold | 06/22/2018 | $15,000 or less |
| Fluor | $1,000 or less | Dividend | None | Cash Market | | | |
| Fluor | | | | | Purchased | 05/22/2018 | $15,000 or less |
| Fluor | | | | | Sold | 06/08/2018 | $15,000 or less |
| Campbell Soup Co | $1,000 or less | Gain | None | Cash Market | | | |
| Campbell Soup Co | | | | | Purchased | 05/31/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Campbell Soup Co | | | | | Purchased | 06/07/2018 | $15,000 or less |
| Campbell Soup Co | | | | | Purchased | 05/30/2018 | $15,000 or less |
| Campbell Soup Co | | | | | Sold | 06/14/2018 | $15,000 or less |
| The Intergroup of Companies | $1,000 or less | Dividend, Gain | None | Cash Market | | | |
| The Intergroup of Companies | | | | | Purchased | 05/30/2018 | $15,000 or less |
| The Intergroup of Companies | | | | | Purchased | 05/31/2018 | $15,000 or less |
| The Intergroup of Companies | | | | | Sold | 06/06/2018 | $15,001 - $50,000 |
| Haliburton Company | None | None | None | Cash Market | | | |
| Haliburton Company | | | | | Purchased | 06/25/2018 | $15,000 or less |
| Haliburton Company | | | | | Purchased | 07/27/2018 | $15,000 or less |
| Haliburton Company | | | | | Sold | 08/10/2018 | $15,001 - $50,000 |
| Starbucks Corp | $1,000 or less | Gain | None | Cash Market | | | |
| Starbucks Corp | | | | | Purchased | 06/25/2018 | $15,000 or less |
| Starbucks Corp | | | | | Sold | 06/27/2018 | $15,000 or less |
| Lam Research Corp | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| Lam Research Corp | | | | | Purchased | 06/25/2018 | $15,001 - $50,000 |
| Lam Research Corp | | | | | Purchased | 07/09/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Lam Research Corp | | | | | Sold | 07/27/2018 | $15,001 - $50,000 |
| Public Service Enterprise Grp | $1,000 or less | Gain | None | Cash Market | | | |
| Public Service Enterprise Grp | | | | | Purchased | 07/10/2018 | $15,001 - $50,000 |
| Public Service Enterprise Grp | | | | | Sold | 08/17/2018 | $15,001 - $50,000 |
| The Charles Schwab Corp | $1,000 or less | Gain | None | Cash Market | | | |
| The Charles Schwab Corp | | | | | Purchased | 07/12/2018 | $15,001 - $50,000 |
| The Charles Schwab Corp | | | | | Sold | 07/25/2018 | $15,001 - $50,000 |
| The 3M Company | $1,000 or less | Gain | None | Cash Market | | | |
| The 3M Company | | | | | Purchased | 08/06/2018 | $15,001 - $50,000 |
| The 3M Company | | | | | Sold | 09/11/2018 | $15,001 - $50,000 |
| Amazon.com, Inc. - Common Stock | None | None | None | Cash Market | | | |
| Amazon.com, Inc. - Common Stock | | | | | Purchased | 08/16/2018 | $50,001 - $100,000 |
| Amazon.com, Inc. - Common Stock | | | | | Sold | 09/26/2018 | $50,001 - $100,000 |
| Amazon.com, Inc. - Common Stock | | | | | Purchased | 10/12/2018 | $15,001 - $50,000 |
| Amazon.com, Inc. - Common Stock | | | | | Sold | 11/16/2018 | $15,001 - $50,000 |
| Advanced Micro Devices Inc | None | None | $15,001 - $50,000 | Cash Market | | | |
| Advanced Micro Devices Inc | | | | | Purchased | 12/06/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| AmeriTrade Brokerage Account - 2 (H) 3 | | | | | | | |
| Sweep account- TD Bank | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Under Armour | $1,000 or less | Gain | None | Cash Market | | | |
| Under Armour | | | | | Purchased | 04/11/2018 | $15,000 or less |
| Under Armour | | | | | Sold | 06/06/2018 | $15,000 or less |
| Direxion Daily Gold Miners common stock NUGT | $1,000 or less | Gain | $15,000 or less | Cash Market | | | |
| Direxion Daily Gold Miners common stock NUGT | | | | | Purchased | 08/21/2018 | $15,000 or less |
| Direxion Daily Gold Miners common stock NUGT | | | | | Purchased | 08/28/2018 | $15,000 or less |
| Direxion Daily Gold Miners common stock NUGT | | | | | Purchased | 09/04/2018 | $15,000 or less |
| Direxion Daily Gold Miners common stock NUGT | | | | | Purchased | 09/05/2018 | $15,000 or less |
| Direxion Daily Gold Miners common stock NUGT | | | | | Sold | 09/19/2018 | $15,001 - $50,000 |
| Micron Technology Inc | None | None | None | Cash Market | | | |
| Micron Technology Inc | | | | | Purchased | 06/06/2018 | $15,001 - $50,000 |
| Micron Technology Inc | | | | | Purchased | 06/14/2018 | $15,000 or less |
| Micron Technology Inc | | | | | Sold | 07/27/2018 | $15,000 or less |
| Micron Technology Inc | | | | | Sold | 08/08/2018 | $15,000 or less |
| Micron Technology Inc | | | | | Sold | 08/09/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Brookfield Infrastructure Partners | None | None | None | Cash Market | | | |
| Brookfield Infrastructure Partners | | | | | Purchased | 07/10/2018 | $15,000 or less |
| Brookfield Infrastructure Partners | | | | | Sold | 08/14/2018 | $15,000 or less |
| Regions Financial Corp | None | None | None | Cash Market | | | |
| Regions Financial Corp | | | | | Purchased | 06/21/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Sold | 07/13/2018 | $15,000 or less |
| Apple- common stock AAPL | $5,001 - $15,000 | Dividend, Gain | None | Cash Market | | | |
| Apple- common stock AAPL | | | | | Sold | 06/08/2018 | $15,001 - $50,000 |
| Apple- common stock AAPL | | | | | Purchased | 09/08/2018 | $15,001 - $50,000 |
| Apple- common stock AAPL | | | | | Sold | 09/28/2018 | $15,001 - $50,000 |
| Apple- common stock AAPL | | | | | Purchased | 10/12/2018 | $15,001 - $50,000 |
| Apple- common stock AAPL | | | | | Purchased | 11/28/2018 | $15,000 or less |
| Apple- common stock AAPL | | | | | Sold | 11/30/2018 | $15,001 - $50,000 |
| Bank of America- common stock BAC | $1,000 or less | Dividend, Gain | None | Cash Market | | | |
| Bank of America- common stock BAC | | | | | Sold | 04/13/2018 | $15,000 or less |
| Alibaba Group Holding | None | None | $15,000 or less | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Alibaba Group Holding | | | | | Purchased | 08/30/2018 | $15,001 - $50,000 |
| Alibaba Group Holding | | | | | Sold | 09/10/2018 | $15,001 - $50,000 |
| Alibaba Group Holding | | | | | Purchased | 09/19/2018 | $15,000 or less |
| Annaly Capitol | $1,000 or less | Dividend | None | Cash Market | | | |
| Annaly Capitol | | | | | Purchased | 08/28/2018 | $15,000 or less |
| Annaly Capitol | | | | | Sold | 11/07/2018 | $15,000 or less |
| The Intergroup of Companies | $1,000 or less | Gain | None | Cash Market | | | |
| The Intergroup of Companies | | | | | Purchased | 07/27/2018 | $15,000 or less |
| The Intergroup of Companies | | | | | Purchased | 08/24/2018 | $15,000 or less |
| The Intergroup of Companies | | | | | Sold | 08/24/2018 | $15,001 - $50,000 |
| D.R. Horton, Inc | None | None | None | Cash Market | | | |
| D.R. Horton, Inc | | | | | Purchased | 06/11/2018 | $15,000 or less |
| D.R. Horton, Inc | | | | | Sold | 07/10/2018 | $15,000 or less |
| ETRADE Brokerage Account (H) - ETrasde Bank | | | | | | | |
| ETrade Bank | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| Alibaba Group Holding Limited common stock BABA | $2,501 - $5,000 | Gain | $15,000 or less | Cash Market | | | |
| Alibaba Group Holding Limited common stock BABA | | | | | Sold | 02/02/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 06/07/2018 | $15,000 or less |
| Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 06/08/2018 | $15,000 or less |
| Alibaba Group Holding Limited common stock BABA | | | | | Sold | 06/14/2018 | $15,001 - $50,000 |
| Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 09/25/2018 | $15,000 or less |
| Alibaba Group Holding Limited common stock BABA | | | | | Sold | 09/27/2018 | $15,000 or less |
| Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 10/01/2018 | $15,000 or less |
| Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 10/04/2018 | $15,000 or less |
| Alibaba Group Holding Limited common stock BABA | | | | | Sold | 10/22/2018 | $15,000 or less |
| Alibaba Group Holding Limited common stock BABA | | | | | Sold | 11/16/2018 | $15,000 or less |
| Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 11/27/2018 | $15,001 - $50,000 |
| Alibaba Group Holding Limited common stock BABA | | | | | Purchased | 11/28/2018 | $15,001 - $50,000 |
| Direxion Daily Gol Miners Inde | $1,000 or less | Gain, Dividend | None | Cash Market | | | |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 01/04/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Sold | 01/18/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 01/29/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 02/06/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Direxion Daily Gol Miners Inde | | | | | Purchased | 05/09/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 05/22/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 05/29/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 06/08/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Sold | 06/14/2018 | $15,001 - $50,000 |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 06/15/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Sold | 07/05/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 07/13/2018 | $15,001 - $50,000 |
| Direxion Daily Gol Miners Inde | | | | | Sold | 07/27/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Sold | 08/01/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 08/16/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 08/21/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 09/05/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Purchased | 09/14/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Sold | 09/17/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Sold | 09/19/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Direxion Daily Gol Miners Inde | | | | | Purchased | 10/01/2018 | $15,000 or less |
| Direxion Daily Gol Miners Inde | | | | | Sold | 10/01/2018 | $15,000 or less |
| Annaly Capital Management Inc | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Annaly Capital Management Inc | | | | | Purchased | 05/07/2018 | $15,000 or less |
| Annaly Capital Management Inc | | | | | Purchased | 06/22/2018 | $15,000 or less |
| Annaly Capital Management Inc | | | | | Purchased | 07/10/2018 | $15,000 or less |
| Annaly Capital Management Inc | | | | | Sold | 10/01/2018 | $15,000 or less |
| Annaly Capital Management Inc | | | | | Purchased | 10/02/2018 | $15,000 or less |
| Annaly Capital Management Inc | | | | | Purchased | 10/08/2018 | $15,000 or less |
| Apple Inc. | $2,501 - $5,000 | Dividend, Gain | None | Cash Market | | | |
| Apple Inc. | | | | | Purchased | 08/03/2018 | $15,001 - $50,000 |
| Apple Inc. | | | | | Purchased | 09/19/2018 | $15,000 or less |
| Apple Inc. | | | | | Sold | 09/20/2018 | $15,000 or less |
| Apple Inc. | | | | | Purchased | 09/21/2018 | $15,000 or less |
| Apple Inc. | | | | | Sold | 09/24/2018 | $15,000 or less |
| Apple Inc. | | | | | Sold | 09/25/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Charle Schwab Corp | $1,000 or less | Dividend, Gain | None | Cash Market | | | |
| Charle Schwab Corp | | | | | Purchased | 07/09/2018 | $15,001 - $50,000 |
| Charle Schwab Corp | | | | | Purchased | 07/13/2018 | $15,000 or less |
| Charle Schwab Corp | | | | | Sold | 07/25/2018 | $15,001 - $50,000 |
| Charle Schwab Corp | | | | | Sold | 08/31/2018 | $15,000 or less |
| Bank of America Corp | $1,000 or less | Dividend, Gain | None | Cash Market | | | |
| Bank of America Corp | | | | | Purchased | 01/02/2018 | $15,000 or less |
| Bank of America Corp | | | | | Purchased | 01/25/2018 | $15,000 or less |
| Bank of America Corp | | | | | Purchased | 01/30/2018 | $15,000 or less |
| Bank of America Corp | | | | | Sold | 02/05/2018 | $15,001 - $50,000 |
| Bank of America Corp | | | | | Purchased | 02/06/2018 | $15,000 or less |
| Bank of America Corp | | | | | Sold | 04/13/2018 | $15,001 - $50,000 |
| Southwest Airlines Co | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| Southwest Airlines Co | | | | | Purchased | 10/29/2018 | $15,000 or less |
| Southwest Airlines Co | | | | | Purchased | 11/06/2018 | $15,000 or less |
| Southwest Airlines Co | | | | | Sold | 11/07/2018 | $15,000 or less |
| Southwest Airlines Co | | | | | Sold | 11/30/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Southwest Airlines Co | | | | | Sold | 12/11/2018 | $15,000 or less |
| Johnson and Johnson | None | None | None | Cash Market | | | |
| Johnson and Johnson | | | | | Purchased | 11/21/2018 | $15,000 or less |
| Johnson and Johnson | | | | | Purchased | 11/26/2018 | $15,000 or less |
| Johnson and Johnson | | | | | Sold | 11/27/2018 | $15,001 - $50,000 |
| Axciom Corp | $1,000 or less | Gain | None | Cash Market | | | |
| Axciom Corp | | | | | Purchased | 07/09/2018 | $15,000 or less |
| Axciom Corp | | | | | Sold | 07/13/2018 | $15,000 or less |
| Amazon.com, Inc. - Common Stock | $1,001 - $2,500 | Dividend, Gain | $15,001 - $50,000 | Cash Market | | | |
| Amazon.com, Inc. - Common Stock | | | | | Purchased | 08/03/2018 | $15,001 - $50,000 |
| Amazon.com, Inc. - Common Stock | | | | | Sold | 09/26/2018 | $15,001 - $50,000 |
| Amazon.com, Inc. - Common Stock | | | | | Purchased | 10/12/2018 | $15,001 - $50,000 |
| Arconic Inc | $1,000 or less | Gain | None | Cash Market | | | |
| Arconic Inc | | | | | Purchased | 07/17/2018 | $15,000 or less |
| Arconic Inc | | | | | Sold | 07/27/2018 | $15,000 or less |
| Chesapeak Energy Corp | $1,000 or less | Gain | None | Cash Market | | | |
| Chesapeak Energy Corp | | | | | Purchased | 05/07/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Chesapeak Energy Corp | | | | | Sold | 05/09/2018 | $15,000 or less |
| EQT Corp | $1,000 or less | Dividend | None | Cash Market | | | |
| EQT Corp | | | | | Purchased | 07/30/2018 | $15,000 or less |
| EQT Corp | | | | | Sold | 09/11/2018 | $15,000 or less |
| eBay Inc. | $1,000 or less | Gain | None | Cash Market | | | |
| eBay Inc. | | | | | Purchased | 07/27/2018 | $15,000 or less |
| eBay Inc. | | | | | Sold | 07/30/2018 | $15,000 or less |
| Exelexis Inc | None | None | None | Cash Market | | | |
| Exelexis Inc | | | | | Sold | 03/26/2018 | $15,000 or less |
| First Data Corp | $1,000 or less | Gain | None | Cash Market | | | |
| First Data Corp | | | | | Purchased | 05/21/2018 | $15,000 or less |
| First Data Corp | | | | | Sold | 06/08/2018 | $15,000 or less |
| Halliburton Company | $1,000 or less | Gain | None | Cash Market | | | |
| Halliburton Company | | | | | Purchased | 06/19/2018 | $15,001 - $50,000 |
| Halliburton Company | | | | | Purchased | 06/21/2018 | $15,000 or less |
| Halliburton Company | | | | | Sold | 06/22/2018 | $15,001 - $50,000 |
| International Flavors and Fragrances Inc | $1,000 or less | Dividend, Gain | None | Cash Market | | | |
| International Flavors and Fragrances Inc | | | | | Purchased | 05/29/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| International Flavors and Fragrances Inc | | | | | Sold | 07/11/2018 | $15,001 - $50,000 |
| Interpublic Group of Companies | None | None | None | Cash Market | | | |
| Interpublic Group of Companies | | | | | Purchased | 07/09/2018 | $15,000 or less |
| Interpublic Group of Companies | | | | | Purchased | 07/27/2018 | $15,000 or less |
| Interpublic Group of Companies | | | | | Sold | 08/08/2018 | $15,000 or less |
| L Brands Inc | None | None | None | Cash Market | | | |
| L Brands Inc | | | | | Purchased | 06/15/2018 | $15,000 or less |
| L Brands Inc | | | | | Sold | 07/06/2018 | $15,000 or less |
| Marithon Oil Corp | $1,000 or less | Gain | None | Cash Market | | | |
| Marithon Oil Corp | | | | | Purchased | 04/13/2018 | $15,000 or less |
| Marithon Oil Corp | | | | | Sold | 05/29/2018 | $15,000 or less |
| Micron Technology Inc | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| Micron Technology Inc | | | | | Purchased | 04/12/2018 | $15,000 or less |
| Micron Technology Inc | | | | | Purchased | 05/15/2018 | $15,000 or less |
| Micron Technology Inc | | | | | Sold | 06/07/2018 | $15,000 or less |
| Nisource Inc | None | None | None | Cash Market | | | |
| Nisource Inc | | | | | Purchased | 05/22/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Nisource Inc | | | | | Sold | 06/19/2018 | $15,000 or less |
| PayPal Holdings Inc | None | None | None | Cash Market | | | |
| PayPal Holdings Inc | | | | | Purchased | 03/15/2018 | $15,000 or less |
| PayPal Holdings Inc | | | | | Sold | 03/26/2018 | $15,000 or less |
| Qualcom Inc | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| Qualcom Inc | | | | | Sold | 01/12/2018 | $15,001 - $50,000 |
| Qualcom Inc | | | | | Purchased | 05/07/2018 | $15,001 - $50,000 |
| Qualcom Inc | | | | | Purchased | 05/14/2018 | $15,000 or less |
| Qualcom Inc | | | | | Sold | 05/22/2018 | $15,001 - $50,000 |
| Starbucks Corp | None | None | None | Cash Market | | | |
| Starbucks Corp | | | | | Purchased | 06/25/2018 | $15,000 or less |
| Starbucks Corp | | | | | Sold | 07/17/2018 | $15,000 or less |
| 3M Company | $1,000 or less | Dividend | None | Cash Market | | | |
| 3M Company | | | | | Purchased | 08/08/2018 | $15,000 or less |
| 3M Company | | | | | Sold | 11/14/2018 | $15,000 or less |
| Under Armour Inc | $1,000 or less | Gain | None | Cash Market | | | |
| Under Armour Inc | | | | | Purchased | 04/12/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Under Armour Inc | | | | | Sold | 04/27/2018 | $15,000 or less |
| Kohl's Corp | None | None | $15,000 or less | Cash Market | | | |
| Kohl's Corp | | | | | Purchased | 12/07/2018 | $15,000 or less |
| Advanced Micro Devices | $2,501 - $5,000 | Gain | None | Cash Market | | | |
| Advanced Micro Devices | | | | | Purchased | 10/29/2018 | $15,000 or less |
| Advanced Micro Devices | | | | | Sold | 11/06/2018 | $15,000 or less |
| Advanced Micro Devices | | | | | Sold | 11/16/2018 | $15,000 or less |
| Advanced Micro Devices | | | | | Purchased | 11/21/2018 | $15,000 or less |
| Advanced Micro Devices | | | | | Sold | 11/27/2018 | $15,001 - $50,000 |
| Regions Financial Corp | $1,001 - $2,500 | Gain, Interest | None | Cash Market | | | |
| Regions Financial Corp | | | | | Purchased | 11/21/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Sold | 11/30/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 10/26/2018 | $15,000 or less |
| Regions Financial Corp | | | | | Purchased | 10/31/2018 | None |
| General Electric Co | None | None | None | Cash Market | | | |
| General Electric Co | | | | | Purchased | 11/02/2018 | $15,000 or less |
| General Electric Co | | | | | Sold | 11/26/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| General Electric Co | | | | | Sold | 12/03/2018 | $15,000 or less |
| General Electric Co | | | | | Sold | 12/11/2018 | $15,000 or less |
| Hanes Brands | $1,000 or less | Gain | None | Cash Market | | | |
| Hanes Brands | | | | | Purchased | 11/19/2018 | $15,000 or less |
| Hanes Brands | | | | | Sold | 11/26/2018 | $15,000 or less |
| Weyerhaeuser Company | $1,001 - $2,500 | Gain | None | Cash Market | | | |
| Weyerhaeuser Company | | | | | Purchased | 12/06/2018 | $15,000 or less |
| Weyerhaeuser Company | | | | | Sold | 12/11/2018 | $15,000 or less |
| Walmart Corp | $1,000 or less | Dividend | None | Cash Market | | | |
| Honeywell Intl Inc | None | None | $15,000 or less | Cash Market | | | |
| Honeywell Intl Inc | | | | | Purchased | 11/15/2018 | $15,000 or less |
| Trust- - -  (H) | | | | | | | |
| --Wells Fargo- aggregate | $1,001 - $2,500 | Interest | $100,001 - $250,000 | Cash Market | | | |
| --Parcel 6- San Diego, CA | $15,001 - $50,000 | Rent | $250,001 - $500,000 | Estimated | | | |
| Chase Bank-Aggregate | $1,000 or less | Interest | $250,001 - $500,000 | Cash Market | | | |
| Bank of America-Aggregate | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| San Diego County Credit Union-Aggregate | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Valic | | | | | | | |
| Valic-Fixed Account Plus | None | None | $15,000 or less | Cash Market | | | |
| Valic-Midcap Strat | None | None | $15,001 - $50,000 | Cash Market | | | |
| Valic-Small Cap Special Value-Evergreen/Putnam | None | None | $15,001 - $50,000 | Cash Market | | | |
| AIG Valic-Mid Cap Fund (Wellingon) | None | None | $15,001 - $50,000 | Cash Market | | | |
| Valic International Small Cap Equity/AIG | None | Rent | $15,000 or less | Cash Market | | | |
| California State Employee 401K-Savings Plus Mid Cap Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

## Additional Information or Explanation